_____ LODGED
_____ FILED _____ COPY

JUN 2 9 2007

CLERK ____ DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

1 **WO**

6 IN THE UNITED STATES DISTRICT COURT

7 FOR THE DISTRICT OF ARIZONA

9 United States of America,                    )          CR-05-00598-001-PHX-DGC
                                              )
10          Plaintiff,                        )
                                              )
11 vs.                                        )
                                              )
12 Andrew Narciso Billanor, Sr.,              )          **ORDER**
                                              )
13          Defendant.                        )
                                              )
14 _____)

16          A detention hearing and a preliminary revocation hearing on the Petition on

17 Supervised Release were held on June 28, 2007.

18          **THE COURT FINDS** that the Defendant has knowingly, intelligently, and

19 voluntarily waived his right to a detention hearing and a preliminary revocation hearing and

20 has consented to the issue of detention being made based upon the allegations in the Petition.

21          **THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden

22 of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that

23 he is neither a flight risk nor a danger to the community. United States v. Loya, 23 F.3d 1529

24 (9th Cir. 1994).

1    **IT IS ORDERED** that the Defendant shall be detained pending further order of the

2    court.

3        DATED this        29th        day of June, 2007.

4

5

6                                    Lawrence O. Anderson
                                     United States Magistrate Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -